CHIEF JUDGE LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR04-398L |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER ON MOTION TO SURRENDER |
| AMMAR SABBAGH, ) | DATE TO DECEMBER 23, 2005 |
| ) | |
| Defendants. ) | |
| ) | |

This matter having come on before the Honorable Robert Lasnik, United States District Judge on defendant's motion to extend the self surrender date from December 9, 2005, to December 23, 2005, and the Court having considered defendant's motion and the files herein,

IT IS HEREBY ORDERED THAT the defendant's motion is DENIED.

DATED this 6th day of December, 2005.

*MNT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ON MOTION TO
EXTEND SURRENDER DATE